

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00520-CV

**CITY OF LAREDO**,
Appellant

v.

Ulysses D. **ORTEGON**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2023-CVA-000133-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, appellant's unopposed motion to set aside the trial court's order denying the plea to the jurisdiction and remand the cause is GRANTED. The trial court's order denying the plea to the jurisdiction is SET ASIDE without regard to the merits, and the cause is REMANDED to the trial court for rendition of judgment in accordance with the parties' agreement. Costs of appeal are assessed against appellant. *See* TEX. R. APP. P. 42.1(d).

SIGNED February 12, 2025.

_____
Rebeca C. Martinez, Chief Justice